# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA    *
             *
      Vs.                 *         98-CR-00252-001 (HL)
             *
APONTE-TORRES, JULIO       *
             *
-------------------------------------------------*

## O R D E R

By the Order of the Honorable Héctor M. Laffitte, Chief United States District Court

Judge, the pre-sentence investigation report is hereby returned to the U.S. Probation Office,

for suggested wording.

IT IS SO ORDERED.

San Juan, Puerto Rico, this November 16, 2004.

FRANCES RIOS DE MORAN
Clerk of the Court

By: Janis Palma
Interpreter/Deputy Clerk

**ACKNOWLEDGMENT:**

I hereby acknowledge receipt of the
pre-sentence investigation report

on _____

Eustaquio Babilonia
Chief U.S. Probation Officer

By: _____